# RICHARD THOMAS PHELAN v. STATE OF MARYLAND

[No. 109, September Term, 1982.]

*Decided October 29, 1982.*

The cause was submitted to MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

PER CURIAM:

The petition for writ of certiorari having been granted, the case of *Richard Thomas Phelan v. State* is remanded to the Circuit Court for Montgomery County, without affirmance or reversal, for reconsideration in light of *Diehl v. State,* 294 Md. 466, 451 A.2d 115 (1982).

> *Case remanded to the Circuit Court for Montgomery County, without affirmance or reversal, for further proceedings.*